NORTH RIVER INSURANCE COMPANY v. CHARLES J.
KUPPER, INC.

July 15, 1983.

ORDERED that the motion for leave to appeal the order of
the Appellate Division in AM–368–82, M–2192–82 is granted and
the record on appeal is supplemented to include the complete
copy of the pretrial order of February 26, 1982; and it is further

ORDERED that the motion for leave to appeal the order of
the Appellate Division in AM–368–82, M–1817–82 is granted and
the order of the Superior Court, Law Division of December 20,
1982 is summarily reversed and the matter is remanded to the
trial court for the completion of all discovery and the taking of
all depositions within 60 days from the filing date of this order
and the trial court is directed to set, after notice to and a
hearing with the parties, an appropriate schedule for the taking
of all depositions within the above time period; and it is further

ORDERED that the amendments to the pretrial order may be
made within 15 days after the completion of discovery. Juris-
diction is not retained.